*State, Respondent, v. Noble, Petitioner,* No. 74024-1. Petition for review of a decision of the Court of Appeals, No. 48423-1-I, April 21, 2003, 116 Wn. App. 1043. *Denied* January 7, 2004.

*State, Respondent, v. Burkett, Petitioner,* No. 74026-7. Petition for review of a decision of the Court of Appeals, Nos. 26055-7-II, 28038-8-II, March 4, 2003, 116 Wn. App. 1001. *Denied* January 7, 2004.

*Penelope's Inc., Petitioner, v. Pierce County, et al., Respondents,* No. 74027-5. Petition for review of a decision of the Court of Appeals, No. 27801-4-II, April 29, 2003, 116 Wn. App. 1054. *Denied* January 7, 2004.

*State, Respondent, v. McNeil, Petitioner,* No. 74029-1. Petition for review of a decision of the Court of Appeals, No. 27312-8-II, March 18, 2003, 116 Wn. App. 1017. *Denied* January 7, 2004.

*State, Respondent, v. Grove, Petitioner,* No. 74030-5. Petition for review of a decision of the Court of Appeals, No. 28293-3-II, April 29, 2003, 116 Wn. App. 1055. *Denied* January 7, 2004.

*Thomas ex rel. Save Our Shorelines, Petitioner, v. Sound Transit, et al., Respondents,* No. 74129-8. Petitions for review of a decision of the Court of Appeals, No. 49207-1-I, May 5, 2003, 116 Wn. App. 1059. *Denied* January 7, 2004.

*State, Respondent, v. Applin, Petitioner,* No. 74132-8. Petition for review of a decision of the Court of Appeals, No. 49454-6-I, May 5, 2003, 116 Wn. App. 818. *Denied* January 7, 2004.

*State, Respondent, v. Cramm, Petitioner,* No. 74133-6. Petition for review of a decision of the Court of Appeals, No. 48438-9-I, May 12, 2003, 116 Wn. App. 1065. *Denied* January 7, 2004.